**UNITED STATES of America,
Plaintiff–Appellee**

**v.**

**Edwin Mauricio ERAZO–VILLATORO, also known as Edwin Mouricio Erazo, also known as Edwin Erazo Villatoro, also known as Edwin M. Erazo, also known as Edwin M. Erazo–Villatoro, also known as Hauricio Eraso–Villatoro, also known as Edwin Mauricio Erazio, also known as Mauricio Eraso–Villatoro, also known as Edwin Erazo–Villatoro, also known as Juan Luis Garcia, also known as Edwin Mauricio Erazo, Defendant–Appellant.**

No. 08–20683
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 30, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A Meyers, Federal, Public Defender Federal Public Defender's Office

Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Edwin Mauricio Erazo–Villatoro presents arguments that he concedes are foreclosed by *United States v. Cepeda–Rios*, 530 F.3d 333, 335–36 (5th Cir.2008), which held that even after *Lopez v. Gonzales*, 549 U.S. 47, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006), a second state conviction for simple possession of a controlled substance qualifies as an aggravated felony that supports the imposition of an eight-level enhancement under U.S.S.G. § 2L1.2(b)(1)(C). The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.